# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | NO. CR-03-1780-TUC-DCB |
| ) | |
| vs. ) | ORDER |
| ) | |
| Gustavo Hernandez-Garcia, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

The District Court has reviewed the Findings and Recommendation of the Magistrate Judge, and no objections have been filed. Therefore,

IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's ADMISSION.

DATED this 5th day of April, 2007.

David C. Bury
United States District Judge